# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 15, 2003

**Before**

Hon. Joel M. Flaum, *Chief Judge*

Hon. Harlington Wood, Jr., *Circuit Judge*

Hon. Daniel A. Manion, *Circuit Judge*

| | |
|---|---|
| No. 01-3648 | Appeal from the United States District Court for the Eastern District of Wisconsin |
| John Doe and Jane Doe, et al.,<br>      *Plaintiffs-Appellants*, | |
| | No. 99 C 907 |
| *v.* | |
| | J. P. Stadtmueller, *Judge*. |
| Carla Heck, et al,<br>      *Defendants-Appellees*. | |

## O R D E R

The opinion of this court issued on April 16, 2003 is amended as follows:

Replace the text of fn. 13 with the following:

To the extent the plaintiffs' suit against the defendants in their official capacities with the Bureau seeks retrospective monetary damages, this action constitutes a suit against the state that is prohibited by the Eleventh Amendment. *Wynn v. Southward*, 251 F.3d 588, 592 (7th Cir. 2001). This aspect of the plaintiffs' suit is, therefore, dismissed. *See Higgins v. Mississippi*, 217 F.3d 951, 954 (7th Cir. 2000) (though this court need not raise Eleventh Amendment immunity sua sponte, since it does not implicate subject matter jurisdiction, it may do so).

On April 30, 2003 the appellees filed a petition for rehearing. All of the judges on the original panel voted to deny the petition. The petition is therefore DENIED.